UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT 15 PM 1:13

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| TRINA BOUDOIN, INDIVIDUALLY AND ON BEHALF OF HER DECEASED SON, RYSHAD JAMOIER DRAKE | Civil Action Number: |
| Plaintiff, | JUDGE: |
| VERSUS | MAGISTRATE: |
| ST. CHARLES PARISH HOSPITAL and all of its agents, employees and assigns who were under their control and their insurer, ABC INSURANCE COMPANY; GREG CHAMPAGNE in his capacity as Sheriff of /and ST. CHARLES PARISH SHERIFF'S OFFICE and all of its agents, employees and assigns who were under their control and their insurer, DEF INSURANCE COMPANY; DR. BRIAN BROGLE in his capacity as Coroner of /and ST. CHARLES PARISH CORONER'S OFFICE and all of its agents, employees and assigns and their insurer, GHI INSURANCE CO., ALBERT D. LAQUE, PARISH PRESIDENT, in his official capacity as president of/ and ST. CHARLES PARISH and all of its agents, employees and assigns and its insurer, JKL INSURANCE CO; and ACADIAN AMBULANCE SERVICE, its agents, employees and assigns and its insurer, XYZ INSURANCE CO. | SECTION: 07-6842 SECT. J MAG. 3 |
| Defendant, | |

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes the complainant, Trina Boudoin, an individual of the full age of majority, domiciled in St. John the Baptist Parish State of Louisiana, who respectfully avers that:

Fee 350.
Process
X Dktd
CtRmDep
Doc. No.

1

I.

The following named parties are made defendants herein, to-wit: hereinafter

1. ST. CHARLES PARISH HOSPITAL, hereinafter, ("HOSPITAL"), a foreign or domestic non-profit corporation, licensed to do and doing business in the State of Louisiana currently or at the time of the accident or any heir, affiliate, subsidiary, subsequent corporation, or controlling corporation thereafter;

2. GREG CHAMPAGNE, hereinafter, ("SHERIFF"), individually and in his official capacity as SHERIFF;

3. DR. BRIAN BROGLE, hereinafter, ("CORONER"), individually and in his official capacity as CORONER;

4. ST. CHARLES PARISH CORONER'S OFFICE, hereinafter, ("CORONER"), a political subdivision of the State of Louisiana capable of being sued;

5. ST. CHARLES PARISH SHERIFF OFFICE, hereinafter, ("SHERIFF"), a political subdivision of the State of Louisiana capable of being sued;

6. ALBERT D. LAQUE, individually and in his official capacity as PARISH PRESIDENT;

7. ST. CHARLES PARISH, a political subdivision of the State of Louisiana capable of being sued; and

8. ACADIAN AMBULANCE SERVICE, hereinafter, ("AMBULANCE"), a foreign or domestic corporation, licensed to do and doing business in the State of Louisiana.

II.

The Complainant, Trina Boudoin, seeks to recover all damages specified under Louisiana Civil Code Articles 2315 and 2317; Federal Statutes, the Louisiana Constitution and the United States Constitution. Ms. Boudoin, a surviving parent in accordance with La. C.C. Art. 2315.2, seeks to recover individually and on behalf of her deceased son, Ryshad Jamoier Drake,

2

herinafter ("Ryshad"). She asserts claims for wrongful death, negligence, violations of Ryshad's civil rights under the U.S. Constitution; specifically the Fourteenth Amendment, and 42 U. S. Code Annotated § 1988.

III.

Jurisdiction is conferred upon this Court by 28 U.S.C. § 1343 as it relates to actions arising under 42 U.S.C. § 1983 and by 28 U.S.C. § 1331. Jurisdiction over state claims is invoked pursuant to 28 U.S.C. § 1367 when they relate to a federal claim with the same cause of action.

IV.

Venue is proper in accordance with 28 U.S.C. § 1331. Further, all actions took place in St. Charles and St. John Parish, both of which are within the jurisdiction of the Eastern District of Louisiana.

V.

On or about January 30, 2007, Ryshad Drake, hereinafter, ("Ryshad"), a student at West St. John High School, hereinafter, ("WSJ"), located in Edgard, Louisiana, St. John Parish, allegedly suffered a seizure and/or was engaging in irate and uncontrollable behavior, when Acadian Ambulance was called to the school to restrain and remove Ryshad from the campus. Acadian placed Ryshad in restraints and transported him to St. Charles Parish Hospital in Luling, Louisiana, St. Charles Parish, via Ambulance.

VI.

Shortly after Ryshad was admitted into the hospital, a physician began examining him. After several minutes of dialogue with the doctor, Ryshad allegedly ran out of the emergency room, shoeless and wearing only a hospital gown.

VII.

Hospital officials notified the St. Charles Sheriff's Office. The Sheriff's Office began to search for Ryshad. At some point, Sheriff deputies located Ryshad and watched him as he wondered aimlessly. No effort was made to subdue Ryshad and return him to the hospital. In the meantime, a physician either employed or contracted by the Hospital, informed Boudoin that because Ryshad was a minor, a Committal Order was required before the Sheriff's Office could return him back to the hospital.

VIII.

While the request for Committal Order was being processed, Nancy Pollard, an employee at the Coroner's Office stopped the process, manually shredded the request in Boudoin's face, and declared the St. Charles Coroner's Office would not issue said order because Ryshad was a resident of St. John Parish, not St. Charles Parish. Demonstrating blatant disregard for Ryshad's medical needs and safety.

IX.

While Boudoin desperately sought help from the Sheriff and Coroner's Offices, Ryshad drowned in a nearby pond as Sheriff Deputies stood by idly. Subsequently, Complainant specifically avers that the Coroner's refusal to issue a Committal Order and the Sheriff's refusal to intervene was a cause in fact of her son's death and a direct violation of his guaranteed state and federal constitutional rights to life, liberty, and equal protection. But for the local authorities inaction and deliberate indifference, Ryshad's life could have been spared and his mother would not have suffered the loss of his love, affection, companionship, friendship, society, consortium and support.

X.

The defendants, Dr. Brogle, the Coroner's Office, Greg Champagne; the Sheriff's Office, Albert D. Laque, St. Charles Parish, Acadian Ambulance, St, Charles Hospital, and all of their insurers, negligently fostered an unnecessary danger that resulted in the tragic death of a seventeen (17) year old boy.  Moreover, these defendants violated Ryshad's civil rights to life, liberty and equal protection by the following acts and/or omissions:

* Failure to implement policies and procedures to insure the issuance of a Committal Order in an emergency situation;

* Failure to maintain adequate precautions to protect Ryshad;

* Failure to properly train and instruct employees regarding emergency procedures;

* Failure to protect Ryshad's health, safety and welfare;

* Failure to apprehend Ryshad;

* Failure to adequately restrain Ryshad;

* Failure to provide adequate security to prevent Ryshad from fleeing the hospital;

* Failure to provide proper medical care to Ryshad; and

* Deliberately displaying indifference to Ryshad's immediate physical and mental needs.

XI.

Complainant, Boudoin, itemizes the damages, injuries and subsequent death of her son, Ryshad Drake as follows:

* Physical pain and suffering;

* Mental anguish;

* Wrongful death;

* Survival damages;

5

- \* Medical expenses;
- \* Burial expenses;
- \* Loss of love, affection, companionship, friendship, society, consortium and support;
- \* Grief and mental anguish of decedent's family;
- \* Attorney fees; and
- \* Punitive damages.

## XII.

Complainant strictly reserves the right to amend and supplement this complaint as additional facts are discovered.

## XIII.

Due to the injuries and subsequent death of Ryshad, Ms. Boudoin continues to suffer the loss of his love, affection, companionship, society, friendship, consortium, and support. Thus, reasonably and in good faith, she alleges that the claims herein exceed the amount requisite for a jury trial.

WHEREFORE, COMPLAINANT, TRINA BOUDOIN, PRAYS THAT:

After due proceedings are held, this Court enter a judgment in her favor, individually and on behalf of her deceased son, Ryshad J. Drake, against defendants, St. Charles Parish Hospital; Greg Champagne; St. Charles Parish Sheriff's Office; Dr. Brian Brogle; St. Charles Parish Coroner's Office; St. Charles Parish and Acadian Ambulance Service, jointly and *in solido*, for all reasonable damages, together with legal interest from date of judicial demand until finally paid, for all costs of these proceedings, including but not limited to, attorney fees and expert fees

6

as afforded under 42 United States Code §1988, and for any other and further legal and equitable relief as the Court deems necessary and proper.

XIV.

Complainant desires and is entitled to a trial by jury in accordance with applicable provisions of federal law.

Respectfully submitted,

The Broussard Baloney Law Firm, APC

Geri Broussard Baloney, TA (#24012)
Deirdre Fuller (#24268)
Abril Baloney Sutherland (#29028)
Fontella Fountain (#21893)
100 Earl Baloney Street
Post Office Box 116
Garyville, LA 70051
Phone: (985) 535-2889
Fax: (985-535-2889

PLEASE SERVE:

St. Charles Hospital, through its registered agent,
Fred Martinez, Jr
1057 Paul Millard Road
Luling, LA 70070

Greg Champagne
Saint Charles Parish Sheriff's Office
15045 River Road
Hahnville, LA 70057

Acadian Ambulance Service through it registered agent,
Tyron D. Picard
130 East Kaliste Saloom Road
Lafayette, LA 70508

St. Charles Parish Council
15045 Highway 18
P.O. Box 302
Hahnville, LA 70057

Dr. Brian Brogle
Coroner, St. Charles Parish
1057 Paul Mailard Road, Suite 220
Luling, LA 70070

Albert D. Laque
St. Charles Parish Coucil
15045 Highway 18
P.O. Box 302
Hahnville, LA 70057

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRINA BOUDOIN, INDIVIDUALLY ) <br> AND ON BEHALF OF HER DECEASED ) <br> SON, RYSHAD J. DRAKE ) <br>         Plaintiff, ) <br> ) <br> VERSUS ) <br> ) <br> ST. CHARLES PARISH HOSPITAL and ) <br> all of its agents, employees and assigns who ) <br> were under their control and their insurer, ) <br> ABC INSURANCE COMPANY; ) <br> GREG CHAMPAGNE in his capacity as ) <br> Sheriff of /and ST. CHARLES PARISH ) <br> SHERIFF'S OFFICE and all of its agents, ) <br> employees and assigns who were under ) <br> their control and their insurer, DEF ) <br> INSURANCE COMPANY; ) <br> DR. BRIAN BROGLE ) <br> in his capacity as Coroner of /and ST. ) <br> CHARLES PARISH CORONER'S OFFICE) <br> and all of its agents, employees and assigns ) <br> and their insurer,GHI INSURANCE  CO., ) <br> ALBERT D. LAQUE, PARISH PRESIDENT, <br> In his official capacity as president of/ and ) <br> St. CHARLES PARISH and all of its agents,) <br> employees and assigns ) <br> and its insurer, JKL INSURANCE CO; ) <br> and ACADIAN AMBULANCE SERVICE, ) <br> its agents, employees and assigns ) <br> and its insurer, XYZ INSURANCE  CO. ) <br> ) <br>         Defendant, ) <br> ) | Civil Action Number: <br><br> JUDGE: <br><br> MAGISTRATE: <br><br><br> SECTION: |

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ST. JOHN THE BAPTIST

Before me, the undersigned authority, duly commissioned in and for the state and parish stated above, personally came and appeared Trina Boudoin, who, after being duly sworn, did depose and state that she has read the complaint, that she is familiar with the facts and circumstances forming the basis of the complaint, and that the facts alleged in the complaint are true and correct to the best of her knowledge and belief.

_____
Trina Boudoin

SWORN TO and SUBSCRIBED before me this 14th day of September, 2007.

_____
Geri Broussard Baloney   La. Bar Roll # 24012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRINA BOUDOIN, INDIVIDUALLY )<br>AND ON BEHALF OF HER DECEASED )<br>SON, RYSHAD J. DRAKE )<br>Plaintiff, )<br>)<br>VERSUS )<br>)<br>ST. CHARLES PARISH HOSPITAL and )<br>all of its agents, employees and assigns who )<br>were under their control and their insurer, )<br>ABC INSURANCE COMPANY; )<br>GREG CHAMPAGNE in his capacity as )<br>Sheriff of /and ST. CHARLES PARISH )<br>SHERIFF'S OFFICE and all of its agents, )<br>employees and assigns who were under )<br>their control and their insurer, DEF )<br>INSURANCE COMPANY; )<br>DR. BRIAN BROGLE )<br>in his capacity as Coroner of /and ST. )<br>CHARLES PARISH CORONER'S OFFICE)<br>and all of its agents, employees and assigns )<br>and their insurer,GHI INSURANCE CO., )<br>ALBERT D. LAQUE, PARISH PRESIDENT,<br>In his official capacity as president of/ and )<br>St. CHARLES PARISH and all of its agents,)<br>employees and assigns )<br>and its insurer, JKL INSURANCE CO; )<br>and ACADIAN AMBULANCE SERVICE, )<br>its agents, employees and assigns )<br>and its insurer, XYZ INSURANCE CO. )<br>)<br>Defendant, )<br>) | Civil Action Number:<br><br>JUDGE:<br><br>MAGISTRATE:<br><br><br>SECTION: |

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ST. JOHN THE BAPTIST

Before me, the undersigned authority, duly commissioned in and for the state and parish stated above, personally came and appeared Trina Boudoin, who, after being duly sworn, did depose and state that she has read the complaint, that she is familiar with the facts and circumstances forming the basis of the complaint, and that the facts alleged in the complaint are true and correct to the best of her knowledge and belief.

_____
Trina Boudoin

SWORN TO and SUBSCRIBED before me
this ____ day of _____, 2007.

_____
Geri Broussard Baloney   La. Bar Roll # 24012